Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−15473−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joelison Dominguez−Martinez
   429 E. 28th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7430

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                5/17/18
Time:               10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 4, 2018
JAN: rh

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-15473-VFP
Joelison Dominguez-Martinez                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Apr 04, 2018
                               Form ID: 132             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db             +Joelison Dominguez-Martinez,    429 E. 28th Street,    Paterson, NJ 07514-1805
517399218      +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517399220     #+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
517399222      +CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
517399225      +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517399226      +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,    PO BOX 790040,
                 ST LOUIS, MO 63179-0040
517399227       COMENITY BANK/EXPRESS,    PO BOX 18215,    COLUMBUS, OH 43218
517399221      +Capital 1 Bank/Best Buy,    Attn: Bankruptcy Dept.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517399230      +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399234      +Julianna Dominguez,    240 Trenton Avenue,    Paterson, NJ 07503-1529
517399238      +VALLEY NATIONAL BANK M,    1460 VALLEY RD,    WAYNE, NJ 07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 23:48:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 23:48:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517399223      +E-mail/Text: bk.notifications@jpmchase.com Apr 04 2018 23:48:16     CHASE AUTO FINANCE,
                 NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
517399228      +E-mail/Text: mrdiscen@discover.com Apr 04 2018 23:47:40     DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
517399229      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 04 2018 23:48:12     DITECH,    ATTN: BANKRUPTCY,
                 PO BOX 6172,    RAPID CITY, SD 57709-6172
517399235      +E-mail/Text: bk@lendingclub.com Apr 04 2018 23:48:55     LENDING CLUB CORP,    71 STEVENSON ST,
                 SUITE 300,    SAN FRANCISCO, CA 94105-2985
517399237      +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 23:53:56     SYNCHRONY BANK/HOME DESIGN,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
517401519      +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 23:52:55     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517399219*     +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517399224*     +CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,
                 PHOENIX, AZ 85004-1071
517399231*     +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399232*     +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399233*     +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399236*     +LENDING CLUB CORP,    71 STEVENSON ST,    SUITE 300,    SAN FRANCISCO, CA 94105-2985
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
             Marie-Ann Greenberg    magecf@magtrustee.com
             Russell L. Low    on behalf of Debtor Joelison  Dominguez-Martinez rbear611@aol.com,
             ecf@lowbankruptcy.com;r57808@notify.bestcase.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 3