Form cscnodsc – ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−15473−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joelison Dominguez−Martinez
   429 E. 28th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7430

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 17, 2019
JAN: dmc

                                                          Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15473-VFP
Joelison Dominguez-Martinez                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Oct 17, 2019
                            Form ID: cscnodsc        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
db              +Joelison Dominguez-Martinez,    429 E. 28th Street,    Paterson, NJ 07514-1805
517399218       +AMEX,    CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517399225       +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517399226       +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY/CITICORP CREDIT S,    PO BOX 790040,
                 ST LOUIS, MO 63179-0040
517399230       +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399234       +Julianna Dominguez,    240 Trenton Avenue,    Paterson, NJ 07503-1529
517547702        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517399238       +VALLEY NATIONAL BANK M,    1460 VALLEY RD,    WAYNE, NJ 07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517399222       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:21:45      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
517399223       +E-mail/Text: bk.notifications@jpmchase.com Oct 18 2019 01:16:26      CHASE AUTO FINANCE,
                 NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
517399227        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2019 01:16:21      COMENITY BANK/EXPRESS,
                 PO BOX 18215,    COLUMBUS, OH 43218
517399221       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:24:13
                 Capital 1 Bank/Best Buy,    Attn: Bankruptcy Dept.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517399228       +E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
517399229       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2019 01:16:09      DITECH,    ATTN: BANKRUPTCY,
                 PO BOX 6172,    RAPID CITY, SD 57709-6172
517474687        E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2019 01:16:09      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD  57709-6154
517399235       +E-mail/Text: bk@lendingclub.com Oct 18 2019 01:17:04      LENDING CLUB CORP,    71 STEVENSON ST,
                 SUITE 300,    SAN FRANCISCO, CA 94105-2985
517399237       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:21:37      SYNCHRONY BANK/HOME DESIGN,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
517401519       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517436015        Valley National Bank,    1445 Valley Road,    2nd Floor
517399219*      +AMEX,    CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
517399224*      +CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,
                 PHOENIX, AZ 85004-1071
517399231*      +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399232*      +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399233*      +FED LOAN SERVICING,    PO BOX 69184,    HARRISBURG, PA 17106-9184
517399236*      +LENDING CLUB CORP,    71 STEVENSON ST,    SUITE 300,    SAN FRANCISCO, CA 94105-2985
517399220      ##+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
                                                                                   TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Oct 17, 2019
                              Form ID: cscnodsc        Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
```
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Joelison   Dominguez-Martinez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```